UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARY BURRELL and
DONALD BURRELL,

      Plaintiffs,

vs.                                          Case No. 3:13cv-877-J-39PDB

MARK JOSEPH ROSSANO and
THE UNITED STATES OF AMERICA,

      Defendants.

_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 40: Report), entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on November 10, 2014. (Doc. 40; Report). In the Report, Magistrate Judge Barksdale recommends that the United States' Motion for Substitution (Doc. 32; Motion) be granted in part; that Counts Two and Four of the Amended Complaint (Doc. 25) brought against Defendant Mark Joseph Rossano be dismissed without prejudice; that the Clerk of Court be directed to remove Mr. Rossano's name from the case caption and terminated from the docket; and that this case proceed under the Federal Torts Claims Act ("FTCA") against Defendant The United States of America only. Report at 11. None of the parties have filed an objection to the Report, and the time to do so has passed.[1] Accordingly, the matter is ripe for review.

The Court may "accept, reject, or modify, in whole or in part, the findings or

---

[1] Rule 6.02(a), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)) directs that any objections to a report and recommendation should be filed within fourteen days after service of the report and recommendation.

recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If no specific objections to findings of fact are filed, the district court is not required to conduct de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by Magistrate Judge Barksdale.  Accordingly, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 40) is **ADOPTED** as the opinion of this Court.

2. The United States' Motion for Substitution (Doc. 32) is **GRANTED IN PART**.

3. Counts Two and Four of the Amended Complaint (Doc. 25), brought against Defendant Mark Joseph Rossano, are **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court be directed to remove Mark Joseph Rossano's name from the case caption and terminate him from the docket.

4. This case will proceed under the Federal Torts Claims Act ("FTCA") against Defendant The United States of America only.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of December, 2014.

BRIAN J. DAVIS
United States District Judge

jl

Copies furnished to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record